Ex.H A



# ST. VINCENT AND THE GRENADINES

## MARITIME ADMINISTRATION

## Certificate of Registry
### Nr: 9043/N
(issued under the provisions of the Sections 8-35 of the Merchant Shipping Act, 1982)

WHEREAS, the Government of ST. VINCENT AND THE GRENADINES, has considered and approved the application of the ship described hereunder. THEREFORE, be it resolved, that there be issued, pursuant to the terms of the Merchant Shipping Act, 1982, this Certificate of registry to the said vessel entitling her to engage in foreign trade under the flag of St. Vincent and the Grenadines and be accorded the rights and privileges of a St. Vincent and the Grenadines vessel in accordance with the terms of the Merchant Shipping Act, 1982.

| Name of Ship | Official Number | Call Sign | IMO Number |
|---|---|---|---|
| IRENE E.M. | 9043 | J8B2571 | 7433593 |

| Year & Port of Registry | Previous Name of Ship | Previous port of Registry |
|---|---|---|
| 2002, KINGSTOWN | MARIA C.K. | LIMASSOL |

| Date | Name, Residence and Description of the Owner(s) | Shares | Recorded |
|---|---|---|---|
| 17/06/2002 | VENETICO MARINE S.A.<br>MONROVIA, LIBERIA | 100 % | 17/06/2002 |

### PARTICULARS OF THE SHIP

| Where built | When built | Name and Address of Builders |
|---|---|---|
| BRAZIL | 1980 | EMAQ |

| Type of Ship | Bulk Carrier | Hull Material | Steel | Length (ITC 69) | 179.63 m |
|---|---|---|---|---|---|
| Gross Tonnage | 21947 | Number of Decks | 3 | Breadth | 27.60 m |
| Net Tonnage | 13549 | Number of Masts | 1 | Moulded Depth | 14.80 m |

### PARTICULARS OF THE ENGINES (IF ANY)

| Nr of sets | Description of engines | When Built | Number of Cylinders | Diameter | Length of stroke | KW |
|---|---|---|---|---|---|---|
| 1 | SULZER 6RND76 | 1977 | 6 | 760 | 1590 | 7497 |

Name and address of makers

INDUSTRIAL BRASILIEIRA, RIO DE JANEIRO

| Classification Society | BUREAU VERITAS |
|---|---|

Issued by the authority of the Government of ST. VINCENT AND THE GRENADINES, under my hand and seal, at Geneva, this 12 January 2005.

This Certificate is permanent.

*[signature]*
The Commissioner for Maritime Affairs

See overleaf for encumbrance