12/15/05    12:12   347 4599                    SCB INC.                                    ☑005

EX.B

# Port State Control Report of Inspection - FORM B
In accordance with IMO Port State Control Procedures
(Resolution A.787(19), as amended by Resolution A.882(21))
and Ship & Port Facility Security Code (ISPS)

Reporting country: United States of America

| | |
|---|---|
| Name of Ship: | 3. IMO Number: |
| 4. Date of Inspection: | 5. Place of Inspection: |

**6. Nature of Deficiency:**

| code | description | cite (convention) | (action taken) |
|---|---|---|---|
| 2515 | MASTER PLACED ORDER ON 30 JUNE 2005 FOR EXPIRED LIFE BOAT RATIONS. NONE RECEIVED TO DATE. | ISM CODE 10.2.3 | 30 B |
| 1510 | COURSE RECORDER INOPERABLE | 33 CFR 164.35 | 17 C |
| 1510 | ECHO DEPTH SOUNDER INOPERABLE | 33 CFR 164.35 | 17 C |
| 0956 | ACCOM. LADDER RT SUPPORT RUSTED AND HOLED | SOLAS 74 II/17 | 50 C |
| 1510 | SECONDARY RADAR INOPERABLE | 33 CFR 164.37 | 17 C |
| 0900 | IMPROPER STOWAGE OF OXYGEN BOTTLES ON DECK | SOLAS 74 VI/6 | |
| 1710 | SLUDGE TANK SOUNDING DIFFERENT FROM LEVEL LOGGED IN OIL RECORD BOOK | MARPOL ANNEX I REG 20.2 | 17 B |

Copy provided to: Maurlach Snyre Mather
(printed name of Master/Vessel representative)        (Signature)

Name of PSCO: B. ROBINSON, ENS
(printed name of duty authorized PSCO of reporting authority)      (Signature)

Issuing Unit Name and Address:

Copies forwarded to:
(Check as appropriate)
__Agent
__Flag State
__Recognized Organization
__RSO
__Ship Management

Reviewed by Supervisor:
(print name, sign and date)

1 This inspection was not a full survey and deficiencies listed may not be exhaustive. In the event of a detention, it is recommended that a full survey is carried out and all deficiencies are rectified before an application for examination is made.

2 Codes for action taken, see below: (Note: code numbers are derived from international harmonization; US uses similar codes and those numbers are reflected below)

| | | |
|---|---|---|
| 10 Deficiency Rectified | 17 Rectify deficiencies prior to departure | 30 Ship expelled |
| 15 Rectify deficiencies by next port | 50 Rectify deficiencies prior to movement | 35 Ship denied entry |
| 16 Rectify deficiencies within 7 days | 70 Rectify deficiencies prior to next US port after sailing | a. To the satisfaction of Class/RO/RSO |
| 18 Rectify deficiencies within 14 days | to sign | b. To the satisfaction of the Administration |
| 49 Rectify deficiencies within 30 days | 50 Ship detained | c. To the satisfaction of the Coast Guard |

12/13/05   TUE 08:30   [TX/RX NO 5433]

**Port State Control Report of Inspection - FOI** B
In accordance with IMO Port State Control Procedures
(Resolution A.787(18), as amended by Resolution A.882(21))
and Ship & Port Facility Security Code (ISPS)

Activity No: 2542363
Activity Type: PSC-E EXPANDED EXAM

Issuing country: United States of America

1. Name of Ship: IRENE E.M.
3. IMO Number: 7433593
4. Date of Inspection: 8 DEC 05
5. Place of Inspection: BIG STONE ANCHORAGE, LEWES DE

6. Nature of Deficiency:

| code | description | cite (convention) | (action taken) |
|---|---|---|---|
| ~~ISPS~~ 2550 | WEEKLY CHECKS ON OWS, EMERGENCY FIRE PUMP, AND NUMEROUS PREV. MAINTENANCE ACTIVITIES NOT CONDUCTED. | SOLAS ~~I~~ ISM CODE ~~ISPS~~ 10.4 | 30 B |
| 2545 | OWS + EMG. FIRE PUMP NOT WORKING, NO NON-CONFORMITY REPORTED. | ISM CODE 10.2.2 | 30 B |
| 2550 | C/ENG DOES NOT USE SMS MAINTENANCE SCHEDULE | ISM CODE 10.4 ISM CODE | 30 B |
| 2555 | SMS FORM "M025-2" CONTAINED ~~FALSE~~ ERRONEOUS ENTRY FOR RADAR CHECK. | 10.2.4 | 17 B |
| 2555 | FALSE ENTRIES MADE FOR DRILLS IN SECURITY TRAINING LOG. | ISM CODE 10.2.4 | 17 B |

Copy provided to: Mavolache Singore (signature)
(printed name of Master/Vessel representative) (Signature)

Name of PSCO: B. ROBINSON, ENS (signature)
(printed name of duly authorized PSCO of reporting authority) (Signature)

Issuing Unit Name and Address:

Copies forwarded to: (Check as appropriate)
...Agent
...Flag State
...Recognized Organization
...RSO
...Ship Management

Reviewed by Supervisor:
(print name, sign and date)

1 This inspection was not a full survey and deficiencies listed may not be exhaustive. In the event of a detention, it is recommended that a full survey is carried out and all deficiencies are rectified before an application for examination is made.

2 Codes for action taken, see below: (Note) code numbers are derived from international harmonization; US uses similar codes and those numbers are reflected below)

| 10 Deficiency Rectified | 17 Rectify deficiencies prior to departure | 20 Ship expelled |
| 15 Rectify deficiencies by next port | 60 Rectify deficiencies prior to movement | 25 Ship denied entry |
| 40 Rectify deficiencies within 7 days | 70 Rectify deficiencies prior to next US port after sailing foreign | a. To the satisfaction of Class/RO/R3O |
| 16 Rectify deficiencies within 14 days | | b. To the satisfaction of the Administration |
| 50 Rectify deficiencies within 30 days | 30 Ship detained | c. To the satisfaction of the Coast Guard |

Vessel Copy                                                            Page    of