

International Register for Classification of Ships - Established 1828 -
Registro International de Classification de Navires - Fonde en - 1828 -

Marine Division
Division Marine

USCG ACTIVITIES
PHILADELPHIA
Fax : 215 271 4899

ATTESTATION

| | | |
|---|---|---|
| NAME OF VESSEL | : | IRENE E.M. |
| CLASS | : | BV |
| REG NO. | : | 980T 88 |
| FLAG | : | ST. VINCENT AND GRENADINES |
| PORT OF REGISTRY | : | KINGSTON |

Further to the USCG vessel boarding report dated 5 th and 8th December following items were rectified satisfactory:

1. Emergency fire pump repaired and tested
2. Holes in side shell below poop deck repaired with insert.
3. Oily water separator repaired and tested.
4. Echo sounder repaired.
5. Improper stowage of oxygen bottles on deck stowed safe.
6. Exhaust gas boiler gauge glass repaired.
7. Rust and leak above condensate tank rectified.
8. Aux. boiler gauge glass repaired.
9. No.3 A/E. soft patch on turbo charger cooling water piping repaired.
10. Multiple leaks on sewage lines in E/R repaired with renewal and welding.
11. Deck above steering gear flat holed / corroded portion cut and welded.
12. Doubler on aft peak vent in steering gear flat repaired by sleeve.
13. Emergency fire pump motor and pump belt is skewed repaired and tested.
14. Condensate sea water cooling pipe rusted pipe cut and renewed.
15. Accomodation heating coils renewed and functioning satisfactory.
16. Bilge pump discharge line with flange cut and renewed with straight section.
17. Overboard valve near bilge pump weld shut at the flange.
18. 42 lifeboat rations renewed by supplier.
19. Echo sounder repaired.
20. Bugs in galley exterminated.
21. Light list provided.

The lastest published Rules of the Bureau Veritas Marine Division and the General Conditions therein are applicable.
La derniere edition des Reglements de la Division Marine du Bureau Veritas ainsi que les Conditions Generales qui y figurent sont applicables.

Any person not a party to the contract pursuant to which this document is delivered may not assert a claim against Bureau Veritas for any liability arising out of errors or omissions which may be contained in said document, or for errors of judgement, fault or negligence committed by personnel of the Society or it Agents in the establishment or issuance of this document, and in connection with any activities for which it may provide.

Toute personne qui n' est pas partie au contrat aux termes duquel ce document est delivre ne pourra engager la responsabilite du Bureau Veritas pour les inexactitudes ou omissions qui pourraient y etre relevees ainsi que pour les erreurs de jugement, fautes ou negligences commises par le personnel de la Societe ou par ses agents dans l'etablissement ou delivrance de ce document et dans l'execution des interventions qu'il comporte.

BV Mod.Ad. ME 464 a



International Register for Classification of Ships - Established 1828 -
Registro Internacional de Classification de Navires - Fonde en - 1828 -

Marine Division
Division Marine

22. Both radars and ARPA renewed/ repaired.
23. Course recorder removed.

ALL SUPPORTING DOCUMENTATION ATTACHED WITH THIS REPORT

<u>Issued at</u> : **Marcus Hook Anchorage**          Signed
<u>Issued on:</u>   **12/20/05**                      (SIVAGURU MANIVEL,
**BV, NEW YORK)**

It

The lastest published Rules of the Bureau Veritas Marine Division and the General Conditions therein are applicable.
La derniere edition des Reglements de la Division Marine du Bureau Veritas ainsi que les Conditions Generales qui y figurent sont applicables.

Any person not a party to the contract pursuant to which this document is delivered may not assert a claim against Bureau Veritas for any liability arising out of errors or omissions which may be contained in said document, or for errors of judgement, fault or negligence committed by personnel of the Society or it Agents in the establishment or issuance of this document, and in connection with any activities for which it may provide.

Toute personne qui n' est pas partie au contrat aux termes duquel ce document est delivre ne pourra invoquer la responsabilite du Bureau Veritas pour les inexactitudes ou omissions qui pourraient y etre relevees ainsi que pour les erreurs de jugement, fautes ou negligences commises par le personnel de la Societe ou par ses agents dans establissement de ce document de ce document et dans l'execution des interventions qu'il comporte.

BV Mod.Ad. ME 464 a