EXH. D

U.S. Department of Homeland Security
United States Coast Guard

Commander
U.S. Coast Guard
Sector Delaware Bay

One Washington Ave
Philadelphia, PA 19147-4395
Staff Symbol: CIID
Phone: 215-271-4800

16600/8914568
December 11, 2005

Capes Shipping Agencies, Inc
Attn: Master M/V IRENE E.M., (7433593), (VC)
513 Golding Ave
New Castle, DE 19701

Subj M/V IRENE E.M., CAPTAIN OF THE PORT ORDER 120-05, AMENDMENT 1

During a Port State Control boarding of the M/V IRENE E.M. serious safety and security deficiencies were identified and the vessel detained in accordance with SOLAS Chapter I, Regulation 19 and MARPOL Annex I Regulation 8A. By order of the Captain of the Port, Delaware Bay, under the authority of the Ports and Waterways Safety Act, 33 USC 1221, as implemented by 33 CFR 160.111 (b), the M/V IRENE E.M. is subject to the following restrictions:

a. The M/V IRENE E.M. may proceed to Beckett Street Terminal and make no further movements within the Captain of the Port, Delaware Bay zone without the express written authorization of the Captain of the Port, Delaware Bay. Cargo operations are permitted.
b. The M/V IRENE E.M. shall continue to correct the deficiencies, as stipulated on the form CG-5437B to the satisfaction of the Captain of the Port, Delaware Bay, before departing the Captain of the Port zone.

This order is not a grant of immunity from any law or regulation and in no way limits existing authority to impose civil penalties, fines, and forfeitures or to initiate criminal prosecution for any violation of any law or regulation. Penalties and fines for failure to comply with this order are noted in 33 USC 1232. In the event you feel this restriction creates an undue hardship or cannot be complied with, you may request a reconsideration of my decision in this matter. Provisions for appealing this order are contained in 33 CFR 160.7. However, all conditions of this order remain in full effect while such appeal is being processed unless specifically stated by the Commander, Fifth Coast Guard District. Additionally, a copy of this requirement will be entered into your vessel's record in the Coast Guard Marine Information Safety and Law Enforcement System.

If you have any questions, please contact the Vessel Arrivals Desk from 7:30 a.m. to 4:00 p.m. on weekdays and 7:30 a.m. to 1:00 p.m. on weekends at (215) 271-4881. After hours, contact the Marine Safety Duty Officer at (215) 271- 4807.

D.L. SCOTT
Captain, U.S. Coast Guard
Captain of the Port