EXH E



| U.S. Department of Homeland Security | Commander | One Washington Avenue |
|---|---|---|
| United States Coast Guard | U.S. Coast Guard Sector Delaware Bay | Philadelphia, PA 19147-4395 Staff Symbol: COTP Phone: 215-271-4007 Fax: 215-271-4889 |

16671
December 13, 2005

Capes Shipping Agencies
Attn: Master M/V IRENE E.M., (7433593), (VC)
513 Golding Ave
New Castle, DE 19701

On December 8, 2005, officers from the Coast Guard Sector Delaware Bay boarded the St. Vincent and the Grenadines flagged freight vessel M/V IRENE E.M., at Bigstone Anchorage, DE. Subsequently, your vessel was detained under the authority of MARPOL 73/78, annex I, Chapter I, Regulation 8A.

The Coast Guard intends to exercise its authority under 33 USC 1908(e) to request the withholding of the clearance, permit to proceed, or permit to depart of the vessel IRENE E.M., because the owners and operators of the vessel, and the vessel in rem, are liable pursuant to 33 USC 1901 et. Seq., 18 USC 1571 and other applicable law for knowing violation of 33 CFR Part 151 Subpart A.

The Coast Guard will accept a bond, or other surety satisfactory to the secretary, in lieu of withholding of clearance, permit to proceed, or permit to depart. The company issuing the bond shall be listed in Department of Treasury Circular 570 as holding a certificate of authority as an Acceptable Surety. Such surety bond shall designate a U.S. agent for both Chian Spirit Maritime Enterprises Inc., the operator of vessel, and Venetico Maritime S.A., the owner of the vessel, for purpose of accepting notice or service of process in connection with any proceeding arising from this matter. The bond amount shall be forfeited if, upon proper notice, Chian Spirit Maritime Enterprises Inc., or Venetico Maritime S.A., does not appear or otherwise respond, and shall be used to pay any final judgment or penalty. The exact provisions and terms of the surety bond shall be to my satisfaction pursuant to 33 USC 1908(e).

I am prepared to release your vessel upon receipt of a bond or other surety satisfactory to the secretary as described above and once the conditions outlined in Captain of the Port (COTP) Order 120-05 and its revisions have been satisfied. Any movement of your vessel prior to acceptance of the surety is prohibited except as authorized by the COTP Sector Delaware Bay.

The Fifth Coast Guard District Legal Office will coordinate negotiations with the vessel owner to obtain a bond or surety satisfactory to the Coast Guard. Once the bond or surety has been received, you will be notified so that clearance may be granted to the vessel. Lieutenant Kristian Pickrell is your point of contact for this matter. He can be reached at (757) 398-6396, or after hours through the Fifth Coast Guard District Command Center at (757) 398-6390.

Sincerely,

D. L. SCOTT
Captain, U. S. Coast Guard
Captain of the Port



FILED
CLERK US DISTRICT COURT
DISTRICT OF DELAWARE
2005 DEC 27  AM 9:20

Rec'd 12/14/05 Rowan 635 w/ receipt
- Marc Inc Pacheco
Isa - 851
w/ Rodriguez + Chalos