AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 5 - 8 8 8__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

__12/27/05__　　　　　　　　　　__Brian McCarthy__
(Date forms issued)　　　　　(Signature of Party or their Representative)

　　　　　　　　　　　　　　　__Brian McCarthy__
　　　　　　　　　　　　　　　(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action