FOWLER, RODRIGUEZ & CHALOS, LLP
George M. Chalos, Esq.
Brian T. McCarthy, Esq.
Attorneys for Specially Appearing Petitioners
VENETICO MARITIME S.A. and
M/V IRENE E.M., *in rem*,
366 Main Street
Port Washington, New York 11050
Tel: (516)767-3600
Fax: (516)767-3605
E-mail: gmc@frc-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| VENETICO MARITIME S.A., <br> as Owner of M/V IRENE E.M., and <br> M/V IRENE E.M., *in rem*, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> UNITED STATES COAST <br> GUARD, and UNITED STATES <br> CUSTOMS AND BORDER <br> PROTECTION AGENCY, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.   05-888- |

### EMERGENCY MOTION AND INCORPORATED MEMORANDUM SEEKING AN EXPEDITED HEARING ON PETITION TO RELEASE THE MOTOR VESSEL, *IRENE E.M.* OR IN THE ALTERNATIVE, TO FIX SECURITY

**COMES NOW,** through undersigned counsel, Specially Appearing Petitioner, Venetico Maritime S.A. (hereinafter "Owner"), appearing pursuant to Supplemental Rule E(8), requests that this Honorable Court set an expedited hearing on its Petition for the Release of the Motor Vessel, *IRENE E.M.* (hereinafter "the Vessel"), or in the alternative, to Fix Security.

1

1. On December 11, 2005, United States Coast Guard Captain D.L. Scott, Captain of the Port of Delaware Bay, issued Captain of the Port Order 120-05, detaining the subject vessel within the Port of Delaware Bay. The vessel is not permitted to leave the Port of Delaware Bay without the express written authorization of the Captain of the Port.

2. The December 11, 2005 Captain of the Port Order does not contain a provision for release of the vessel upon the posting of a bond or security stipulation.

3. Thereafter, on December 13, 2005, a second letter was issued by Captain Scott to the Owner stating that the Coast Guard, in an exercise of its purported authority pursuant to 33 U.S.C. § 1908(e), is withholding the vessel's customs clearance to depart or proceed from the Port of Delaware Bay unless and until the Owner posts a surety bond, and appoints a U.S. agent for the service of process for itself, and for Chian Spirit Maritime Enterprises, Inc., the manager of the Vessel.

4. The amount of the bond demanded is not specified in Captain Scott's December 13, 2005 letter.

5. More recently, in addition to impermissibly detaining the vessel, the Coast Guard has advised that it has identified twelve (12) crewmembers which it wishes to detain in the United States as part of an investigation as to a possible violation of the Act to Prevent Pollution from Ships.

6. At present, the Coast Guard is demanding that Owner post a surety bond of $1 million; agree to appoint an agent for service of process; and further agree to house, feed, provide *per diem*, continue to employ, agree to pay wages (irrespective of the employment status of the crewmembers), and eventually repatriate, all twelve (12) crewmembers through April 30, 2006, as a strict condition precedent for the release of the Vessel.

7.  As more fully set forth in Owner's Petition for an Order to Release the Vessel, or in the alternative, to Fix Security, it is respectfully submitted that Petitioner is suffering serious and irreparable harm each day the Vessel is wrongfully detained.

**WHEREFORE,** Petitioner respectfully requests that this Honorable Court grant its motion for expedited hearing on its Petition for the Release of the Motor Vessel, *IRENE E.M.* or in the alternative, to Fix Security, setting the matter for hearing as soon as possible, and for all general and equitable relief that may be granted.

Dated: December 26, 2005

Respectfully Submitted,

_____
George M. Chalos, Esq.
Brian T. McCarthy, Esq.
FOWLER, RODRIGUEZ & CHALOS, LLP
Attorneys for Petitioners,
VENETICO MARITIME S.A., and
M/V IRENE E.M., *in rem.*
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Email: gmc@frc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this 27th day of December 2005, a copy of the above EMERGENCY MOTION AND INCORPORATED MEMORANDUM SEEKING AN EXPEDITED HEARING ON PETITION TO RELEASE THE MOTOR VESSEL, *IRENE E.M.* OR IN THE ALTERNATIVE, TO FIX SECURITY, to all parties identified below, by facsimile transmission, overnight express courier, and by e-mail, as indicated below.

Lieutenant Kristian Pickrell
Fifth Coast Guard District Legal Office
431 Crawford Street
Portsmouth, Virginia 23704
Via Facsimile Transmission: (757) 398-6511
Via E-mail: Kristian.b.pickrell@uscg.mil

United States Customs and Border Protection
908 New Churchman's Road, Suite C
New Castle, DE 19720
Via Facsimile Transmission: (302) 326-0828

By: _____
George M. Chalos, Esq.