# FOWLER RODRIGUEZ & CHALOS

**COUNSELLORS AT LAW**

366 MAIN STREET

PORT WASHINGTON, NEW YORK 11050

(516) 767-3600

TELECOPIER (516) 767-3605

Website : www.frc-law.com

**NEW ORLEANS**
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
(504) 523-2600
Telecopier (504) 523-2705

**HOUSTON**
4 Houston Center, Suite 1560
1331 Lamar
Houston, Texas 77010
(713) 654-1560
Telecopier (713) 654-7930

*GEORGE M. CHALOS*
*Partner*
*E-Mail:* gmc@frc-law.com

**MIAMI**
South Tower Building
806 Douglas Road, Suite 580
Coral Gables, Fl 33134
(305) 445-2930
Telecopier (305) 445-2450

**MOBILE**
AmSouth Bank Building
107 St. Francis Street, Suite 1204
Mobile, Alabama 36608
(251) 344-4721
Telecopier (251) 343-7503

**BOGOTA**
Carrera 12A #77-41
Oficina 502
Bogota, COLOMBIA
011-571-313-4488
Telecopier 011-571-313-4677

December 27, 2005

## VIA TELECOPIER & FEDERAL EXPRESS

Clerk-U.S. District Court
Federal Building – Lock Box # 18
844 North Kings Street
Wilmington, Delaware 19801

Attn:   Ron

Re:   VENETICO MARINE, et. al. vs. U.S.C.G., et. al.
05 Civ. 888
FRC Ref: 500351.0001

Dear Ron:

We write in connection with the above-referenced matter, wherein, this office represents the Specially Appearing Petitioners.  Further the undersigned's telecon with Marlene (of your office) earlier today, we hereby confirm that this matter has been amicably resolved.  Accordingly, we, on behalf of our Clients, hereby withdraw the pending Petition on a strictly without prejudice basis.

Additionally, as per Marlene's instructions, a hard copy of this letter will be sent, via courier, along with a CD containing a copy of this letter in pdf format.

Thanking the Court for its attention to this matter, we remain,

Respectfully yours,

FOWLER RODRIGUEZ & CHALOS

George M. Chalos

GMC:emc
w/enclosure

**Fowler, Rodriguez, Chalos, Flint, Gray, McCoy, O'Connor, Sullivan & Carroll, L.L.P.**

Independent Affiliated Offices

CARACAS•GUATEMALA CITY•MEXICO CITY•MONTREAL•SAN JOSE•SAN JUAN •SAN PEDRO SULA•SAN SALVADOR•SANTO DOMINGO•SAO PAULO

**FOWLER RODRIGUEZ & CHALOS**

cc:    United States Coast Guard
       Attn: Lt. K. Pickrell
       (via email)

cc:    U.S. Department of Justice
       Attn:  Edmond Falgowski, Esq.
       (via email)